**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00892-LTB

SHANNON LOVERN,

      Plaintiff,

v.

I-FLOW CORPORATION, a Delaware corporation;
DJO, LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company,
DJO, INC., a Delaware corporation,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal of All Defendants and All Claims (Doc 4 - filed June 24, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

DATED:   June 27, 2011